UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARASH GHAYOORI,

    Petitioner,

v.

COBRA TRAINING, INC.,

    Respondent.

———————————————

COBRA TRAINING, INC.,

    Counter Claimant,

v.

ARASH GHAYOORI,

    Counter Defendant.

C25-0021 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's Motion for Leave to File Overlength Brief, docket no. 11, is GRANTED. Petitioner shall file, by February 21, 2025, and in no more than 8,400 words, a consolidated brief containing Petitioner's response to Respondent's Motion to Confirm Arbitration Award, docket no. 8, his cross-motion to vacate the arbitration award, and his cross-motion "to continue the hearing". See Motion at 2, 4 (docket no. 11). Respondent shall file, by March 7, 2025, and in no more than 8,400 words, a

MINUTE ORDER - 1

consolidated brief containing Respondent's reply, if any, in support of its Motion to Confirm Arbitration Award and responses to Petitioner's cross-motions. Petitioner may file, by March 14, 2025, and in no more than 4,200 words, a consolidated brief containing Petitioner's reply briefs, if any, in support of his cross-motions. Petitioner's cross-motions shall be noted for March 14, 2025. Respondent's Motion to Confirm Arbitration Award, docket no. 8, is hereby RENOTED to March 14, 2025.

Petitioner filed exhibits in support of his Petition to Vacate Arbitration Award, docket no. 1, and Respondent filed exhibits in support with its Answer, docket no. 6, and Motion to Confirm Arbitration Award, docket no. 8. To the extent the parties seek to rely on exhibits in their consolidated briefs, any exhibits already in the record need not be refiled and the parties may refer to such exhibits by citing to the appropriate docket numbers. Any new exhibits the parties seek to rely on shall be filed only as attachments to their consolidated briefs.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of February, 2025.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2