UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARASH GHAYOORI,

        Petitioner,

v.

COBRA TRAINING, INC.,

        Respondent.

C25-0021 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Joint Stipulated Motion to Stay Discovery, docket no. 19, is GRANTED. Discovery is STAYED pending resolution of Respondent's motion to confirm the arbitration award, docket no. 8, and Petitioner's cross motion to vacate the arbitration award, docket no. 13.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2025.

                                            Ravi Subramanian
                                            Clerk

                                            s/Laurie Cuaresma
                                            Deputy Clerk

MINUTE ORDER - 1